UNITED STATES *v.* AMERICAN EXPRESS CO. (SELCO TEXTILE CO.)

No. 4954.—Invoices dated Malines, Belgium, August 26, September 15, 1939. Entered at New York September 12, October 10, 1939. Entry Nos. 728936, 737113.

(Decided June 25, 1940)

*Webster J. Oliver,* Assistant Attorney General (*William J. Vitale,* special attorney), for the plaintiff.
Defendent not represented by counsel.

BROWN, Judge: These appeals to reappraisement have been stipulated and submitted for decision by the parties hereto:

On the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved herein, and that such values are as follows:

| Reappraisement | Entry | Item | Price (Belgian Francs) | |
|---|---|---|---|---|
| 134088–A | 728936 | 1 armchair 204/913 | 330. 00 | each |
| | | 1 " 204/724 (197) | 330. 00 | " |
| | | 1 " 306/100 | 375. 00 | " |
| | | 2 benches 161/74 | 260. 00 | " |
| | | 6 footstools 408/ass't'd | 53. 00 | " |
| | | 6 " 407/ass't'd | 53. 00 | " |
| 134089–A | 737113 | 1 armchair 204/624 (beige) | 330. 00 | " |
| | | 3 " 204/913 (nigger) | 330. 00 | " |
| | | 3 " 204/913 (wine) | 330. 00 | " |
| | | 1 " 204/197 | 330. 00 | " |
| | | 12 footstools 416/ass't'd | 35. 00 | " |

All prices, less 2% cash discount, plus cases and packing

Judgment will be rendered accordingly.